## UNITED STATES of America, Plaintiff–Appellee

v.

## Jorge Antonio MARTINEZ, Defendant–Appellant.

### No. 11–40954
### Conference Calendar.

United States Court of Appeals, Fifth Circuit.

June 19, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office Houston, TX, for Defendant–Appellant.

Before DAVIS, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jorge Antonio Martinez raises arguments that he concedes are foreclosed by *United States v. Betancourt*, 586 F.3d 303, 308–09 (5th Cir.2009), which reaffirmed the holding in *United States v. Gamez–Gonzalez*, 319 F.3d 695, 700 (5th Cir.2003), that knowledge of drug type and quantity is not an element of the offense under 21 U.S.C. § 841. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.